UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | No. 2:13-cv-735-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. SWETT, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 16, 2013, the court ordered plaintiff to submit the necessary documents to effectuate service of process through the United States Marshal. Plaintiff submitted documents, but they were incomplete and improperly filled out. Plaintiff has not complied with the court's order. Plaintiff must return *complete* copies of the documents listed below. He must also *properly* complete the summons and USM-285 forms.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and one copy of the April 15, 2013 complaint.

/////

/////

/////

1

2. Within 21 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and six copies of the endorsed April 15, 2013 complaint. Failure to comply with this order may result in dismissal of this action.

Dated: October 3, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT BENYAMINI, | No. 2:13-cv-735-KJM-EFB P |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| M. SWETT et al., | |
| Defendants. | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __5__    completed forms USM-285

    __6__    copies of the endorsed April 15, 2013 complaint

DATED:

                                                                     _____
                                                                       Plaintiff