KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MICHELLE L. ANGUS, State Bar No. 210031
Supervising Deputy Attorney General
ERICK J. RHOAN, State Bar No. 283588
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-3350
 Fax: (916) 324-5205
 E-mail: Erick.Rhoan@doj.ca.gov
*Attorneys for Defendants Carpenter, Miranda, Perry, Roth, and Swett*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT BENYAMINI,** <br><br> Plaintiff, <br><br> v. <br><br> **M. SWETT, et al.,** <br><br> Defendants. | 2:13-cv-00735-KJM-EFB <br><br> **JOINT STIPULATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** <br><br> Judge: The Honorable Edmund F. Brennan <br> Action Filed: April 15, 2013 |

~~The parties stipulate under Local Rule 144(a) to extend the discovery cut-off from August 3, 2015, to October 30, 2015.~~ Pursuant to the court's July 6, 2015 order (ECF No. 52), any motions necessary to compel discovery shall be filed by November 6, 2015. Accordingly, the parties ~~also~~ stipulate to extend the dispositive motion filing deadline from December 1, 2015, to December 31, 2015.

///

///

///

1

Dated:

ROBERT BENYAMINI
Plaintiff, in pro se

Dated: July 16, 2015

*/s/ Erick J. Rhoan*
ERICK J. RHOAN
Deputy Attorney General
*Attorneys for Defendants Carpenter,
Miranda, Perry, Roth, and Swett*

**IT IS SO ORDERED.**

Dated: July 20, 2015.

Edmund F. Brennan
United States Magistrate Judge

SA2014311756
32145893

2