UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | No. 2:13-cv-735-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. SWETT, et al., | |
| Defendants. | |

    Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants seek clarification of the court's July 21, 2015 order, which did not approve the parties' stipulation "to extend the discovery cut-off from August 3, 2015 to October 30, 2015." ECF Nos. 53, 54.

    Pursuant to the court's December 2, 2014 discovery and scheduling order, the deadline for completing discovery was August 3, 2015. ECF No. 35 at 4. On July 6, 2015 the court issued an order providing plaintiff with additional time to (1) serve his responses to defendants' discovery requests; and (2) serve his own discovery requests. In light of these extensions, the court also extended the deadline for filing motions to compel, to October 30, 2015.[1] ECF No. 52. By implication, this order extended the discovery cut-off to October 30, 2015, for the limited purposes listed above.

---

[1] As defendants point out in their request for clarification, the court's July 21, 2015 order miscalculated this deadline as falling on November 6, 2015.

1 On July 17, 2015, the parties filed a stipulation "to extend the discovery cut-off from August 3, 2015 to October 30, 2015." ECF No. 53. A scheduling order may be modified upon a showing of good cause. Fed. R. Civ. P. 16(b). Good cause exists when the moving party demonstrates he cannot meet the deadline despite exercising due diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). The court did not approve this stipulation because the parties failed to show that good cause supported an extension of the discovery cut-off for all purposes. ECF No. 54.

The court hereby clarifies that the amended deadline for the completion of discovery, for the limited purposes identified in the court's July 6, 2015 order, is October 30, 2015.

So ordered.

DATED: July 30, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE