UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | No. 2:13-cv-735-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. SWETT, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an additional fourteen days within which to respond to defendants' discovery requests. This request is granted.

He also requests an order directing "CSPSAC [to produce] all documentation" that he has sought from the litigation department. This request is denied. California State Prison, Sacramento and its litigation department is not a party to this lawsuit, and is under no obligation to respond to plaintiff's request for documents, as such requests may only be served on other parties. *See* Fed. R. Civ. P 34(a). The court previously informed plaintiff that he may serve discovery requests on defendants, and that if they fail to properly respond, he may then file a motion to compel. *See* ECF No. 52.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 67) is granted
2 to the extent that plaintiff has an additional fourteen days within which to respond to defendants'
3 discovery requests, and is denied in all other respects.
4 DATED: October 8, 2015.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE