1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ROBERT BENYAMINI,                          No.  2:13-cv-0735-KJM-EFB P

11                  Plaintiff,

12       v.                                      ORDER

13   M. SWETT, et al.,

14                  Defendants.

15

16         On December 4, 2015, the Magistrate Judge issued an order granting plaintiff additional

17   time to oppose defendants' motion to compel and vacating the dispositive motion deadline.  ECF

18   No. 70.  Plaintiff filed and served "Objections" to that order on December 24, 2015.  ECF No. 71

19   at 8.  He then moved to amend the caption on his objections to read, "Motion for Reconsideration

20   of Your Magistrate Judge's Order . . . ."  ECF No. 73.

21         Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no

22   reconsideration thereof is sought from the Court within fourteen days . . . from the date of service

23   of the ruling on the parties."  *Id.*  Plaintiff's requests for reconsideration of the magistrate judge's

24   order of December 4, 2015 are therefore untimely.

25         Accordingly, IT IS HEREBY ORDERED that plaintiff's requests for reconsideration

26   (ECF Nos. 71, 73) are denied.

27   DATED:  April 21, 2016.

28
                                            _____
                                            UNITED STATES DISTRICT JUDGE

                                            1