UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | No. 2:13-cv-0735-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. SWETT, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendants request that the court reset the dispositive motion deadline that was vacated on August 4, 2016. ECF Nos. 85, 92. Good cause appearing, the request (ECF No. 92) is granted. Defendants shall have until August 31, 2017 to file a dispositive motion.

So ordered.

DATED: June 12, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE